IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 08-cv-01565-PAB-BNB | Date: March 13, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

| | |
|---|---|
| SOLA SALON STUDIOS, LLC, a Colorado limited liability corporation | John Madden III |
| Plaintiff(s), | |
| v. | |
| CECELIA (DHS) HELLER, as successor trustee David H. Simon 1971 Trust, The CECELIA (PNS) HELLER, as successor trustee Peter N. Simon 1971 Trust, The CECELIA (MBS) HELLER, as successor trustee Michael B. Simon 1971 Trust, The | Brad Schacht Dimitri Adloff |
| Defendant(s) | |

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:      1:37 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff's exhibit accepted.

**ORDERED:   Motion for leave to file a second amended counterclaim by defendants filed 2/27/09 Doc. [29] is granted as stated on the record. The Clerk of the Court is directed to accept for filing the second amended counterclaim.**

Court in Recess        2:04 p.m.        Hearing concluded.    Total time in Court:    00:27
* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.