IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01565-PAB-BNB

SOLA SALON STUDIOS, LLC, a Colorado limited liability corporation,

Plaintiff,

v.

CECELIA HELLER, as successor trustee for THE DAVID H. SIMON 1971 TRUST,
CECELIA HELLER, as successor trustee for THE PETER N. SIMON 1971 TRUST, and
CECELIA HELLER, as successor trustee for THE MICHAEL B. SIMON 1971 TRUST,

Defendants.

---

**ORDER**

---

This matter is before me on the defendant's **Motion for Leave to File a Second Amended Counterclaim** [Doc. # 29, filed 2/27/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing Defendant's Second Amended Counterclaim [Doc. # 29-2].

Dated March 13, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge