IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01565-PAB-BNB

SOLA SALON STUDIOS, LLC,
a Colorado limited liability corporation,

     Plaintiff,

v.

CECELIA HELLER, as successor trustee for The David H. Simon 1971 Trust,
CECELIA HELLER, as successor trustee for The Peter N. Simon 1971 Trust,
CECELIA HELLER, as successor trustee for The Michael B. Simon 1971 Trust,

     Defendants.

_____

### ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a five-day[1] jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **July 26, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **July 9, 2010 at 8:30 a.m.**  Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

---

[1] Pursuant to the terms of the Pretrial Order [Docket No. 49], the trial shall be set for five days.

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED August 12, 2009.

                                              BY THE COURT:

                                              <u>s/ Philip A. Brimmer</u>
                                              PHILIP A. BRIMMER
                                              United States District Judge