# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 26, 2010 |
| Court Reporter: Janet Coppock | Time: 6 hours and 58 minutes |

**CASE NO. 08-cv-01565-PAB-BNB**

| Parties | Counsel |
|---|---|
| **SOLA SALON STUDIOS, LLC,** | John Madden |
| | Tami Sapp |
| Plaintiff (s), | |
| vs. | |
| **CECILIA (DHS) HELLER, Trustee,** | Darrell Waas |
| **CECILIA (PNS) HELLER, Trustee,** | Patricia Campbell |
| **CECILIA (MBS) HELLER, Trustee,** | |
| Defendant (s). | |

## TRIAL TO JURY - DAY ONE

**8:09 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Plaintiff representative Matthew Briger and Defendant representatives David Simon and Peter Simon are also present.

Court and counsel discuss pending pretrial matters.

Page Two
08-cv-01565-PAB-BNB
July 26, 2010

**ORDERED:** Court **RESERVES** ruling on Plaintiff's Motion in Limine (Doc #61), filed 6/14/10.

**8:30 a.m.**     **COURT IN RECESS**

**8:54 p.m.**     **COURT IN SESSION**

    Jury pool is present.

Court and its staff introduced.

Counsel introduces themselves and parties seated at counsel's table.

**9:02 a.m.**     Jurors sworn and voir dire begins.

**9:57 a.m.**     Voir dire by Mr. Madden.

**10:02 a.m.**     Voir dire by Mr. Waas.

**10:06 a.m.**     Bench conference.

**10:15 a.m.**     Voir dire completed and jurors are sworn.

**EXCUSED FOR CAUSE BY THE COURT**
1. -0-

**PLAINTIFF'S PEREMPTORY CHALLENGES:**
1. 100168735
2. 100189592
3. 100174467

**DEFENDANT'S PEREMPTORY CHALLENGES:**
1. 100168739
2. 100166519
3. 100170641

**JURORS QUESTIONED AND NOT SELECTED, SERVING OR CHALLENGED:**
1.    -0-

**JURORS SEATED TO TRY THE CASE:**
1. **100185029**
2. **100189523**
3. **100175445**
4. **100170315**
5. **100194367**
6. **100189798**
7. **100199563**
8. **100195510**
9. **100195854**

**10:27 a.m.**     **COURT IN RECESS**

**10:42 a.m.**     **COURT IN SESSION**

        Introductory jury instructions read.

**11:03 a.m.**     Opening statement by Mr. Madden.

**11:25 a.m.**     Opening statement by Mr. Waas.

**12:00 p.m.**     **COURT IN RECESS**

**1:30 p.m.**     **COURT IN SESSION**

        Direct examination of plaintiff's witness Susan Wilson by Mr. Madden.

Plaintiff's **exhibit 2** identified, offered and ADMITTED.

Plaintiff's **exhibit 3** identified, offered and ADMITTED.

Plaintiff's **exhibit 7** identified, offered and ADMITTED.

**1:55 p.m.**     Cross examination by Mr. Waas.

Defendant's **exhibit A-9** identified, offered and ADMITTED.

Plaintiff's **exhibit 19** identified, offered and ADMITTED.

**2:10 p.m.**     Redirect examination by Mr. Madden.

Witness excused.

**2:14 p.m.** Direct examination of plaintiff's witness Matthew Briger by Mr. Madden.

Plaintiff's **exhibit 8** identified, offered and ADMITTED.

Plaintiff's **exhibit 9** identified, offered and ADMITTED.

Plaintiff's **exhibit 11** identified, offered and ADMITTED.

Plaintiff's **exhibit 13** identified, offered and ADMITTED.

Plaintiff's **exhibit 24** identified, offered and ADMITTED.

Plaintiff's **exhibit 16** identified, offered and ADMITTED.

Plaintiff's **exhibit 43** identified, offered and ADMITTED.

Plaintiff's **exhibit 44** identified, offered and ADMITTED.

Plaintiff's **exhibit 71** identified, offered and ADMITTED.

Plaintiff's **exhibit 18** identified, offered and ADMITTED.

**3:15 p.m.** **COURT IN RECESS**

**3:35 p.m.** **COURT IN SESSION**

       Direct examination by Mr. Madden continues.

Plaintiff's **exhibit 76** identified, offered and ADMITTED.

Plaintiff's **exhibit 78** identified, offered and ADMITTED.

Defendant's **exhibit A-34** identified, offered and ADMITTED.

Defendant's **exhibit A-35** identified, offered and ADMITTED.

Defendant's **exhibit A-36** identified, offered and ADMITTED.

Plaintiff's **exhibit 81** identified, offered and ADMITTED.

Page Five
08-cv-01565-PAB-BNB
July 26, 2010

Plaintiff's **exhibit 102** identified, offered and ADMITTED.

Plaintiff's **exhibit 127 (demonstrative)** identified, offered and ADMITTED.

Plaintiff's **exhibit 131** identified, offered and ADMITTED.

**4:25 p.m.**     Cross examination by Mr. Waas.

**5:02 p.m.**     Jurors excused.

**5:05 p.m.**     **COURT IN RECESS**

**5:24 p.m.**     **COURT IN SESSION**

Court and counsel discuss pending matters.

**5:55 p.m.**     **COURT IN RECESS**

**Total in court time:          418 minutes**

**Hearing continued**