IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01565-PAB-BNB

SOLA SALON STUDIOS, LLC,
a Colorado limited liability corporation,

    Plaintiff and Counterclaim-Defendant,

v.

CECELIA HELLER, as successor trustee for the David H. Simon 1971 Trust,
CECELIA HELLER, as successor trustee for the Peter N. Simon 1971 Trust, and
CECELIA HELLER, as successor trustee for the Michael B. Simon 1971 Trust,

    Defendant(s) and Counterclaimant(s).

---

## ORDER

---

    Between July 26, 2010 and August 2, 2010, a trial was conducted on plaintiff's claims and defendants' counterclaims for which legal relief was sought, that is, the breach of contract claims and counterclaims. With those issues now resolved, the issue of the parties' various claims and counterclaims for declaratory and equitable relief is appropriate for resolution.

    Therefore, it is **ORDERED** that on or before **Friday, August 20, 2010**, the parties shall file, either separately or jointly, a status report detailing the parties' positions regarding the status of the remaining claims and a proposed method of resolving those claims.

    DATED August 3, 2010.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge